UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON CURRY, et al,

       Plaintiff,                  CIVIL NO. 05-74347

vs.

                                    JUDGE NANCY G. EDMUNDS

COOPER-STANDARD
AUTOMOTIVE, et al,           MAGISTRATE JUDGE MONA J. MAJZOUB

       Defendants.   /

## ORDER STRIKING DOCUMENT

Upon review, the Court Strikes: Defendant's Motion to Compel Discovery, docket #14.

The Court has determined that this document does not conform with Local Rule 7.1 (1)(A)

Therefore, this order shall be put on the docket, and the docket edited to show that the document has been STRICKEN and deemed not a part of the record in this case.

SO ORDERED.

                                     s/ Mona K. Majzoub
                                     MONA K. MAJZOUB
                                     U.S. District Judge

Dated: November 20, 2006

### Proof of Service

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: November 20, 2006           s/ Lisa C. Bartlett
                                                Courtroom Deputy